McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2782





APR 1 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

VALERIE JEAN FISHER,
  aka Valerie Jean Rogers,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

2:07-CR-0143 EJG

VIOLATIONS:  18 U.S.C. §
641 - Theft of Government
Property; 42 U.S.C. §
1383a(a)(2) - False
Statement for Use in
Determining Supplemental
Security Income Benefits

I N D I C T M E N T

<u>COUNT ONE</u>:   [18 U.S.C. § 641 - Theft of Government Property]

    The Grand Jury charges:  T H A T

                VALERIE JEAN FISHER,
            aka Valerie Jean Rogers,

defendant herein, beginning on or about March 16, 1998, and continuing to on or about April 5, 2005, in the County of Sacramento, State and Eastern District of California, did knowingly steal money of the Social Security Administration, a department and agency of the United States, to wit:  Social Security Supplemental Security Income payments made to her to which she knew she was not

///

1

entitled, having a value of approximately $34,942.88, in violation of Title 18, United States Code, Section 641.

COUNT TWO:   [42 U.S.C. § 1383a(a)(2) - False Statement for Use in Determining Supplemental Security Income Benefits]

The Grand Jury further charges:   T H A T

VALERIE JEAN FISHER,
aka Valerie Jean Rogers,

defendant herein, on or about August 19, 2002, in the county of Sacramento, State and Eastern District of California, did, in a matter within the jurisdiction of the Social Security Administration, knowingly and willfully make a false statement and representation of a material fact for use in determining her right to receive payment of Title XVI Social Security Income benefits, to wit:   "I am not Valerie J. Rogers," in violation of Title 42, United States Code, Section 1383a(a)(2).

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

2

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
### *vs.*

### VALERIE JEAN FISHER,
### aka Valerie Jean Rogers

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 641 - Theft of Government Property; 42 U.S.C. § 1383a(a)(2) - False Statement for Use in Determining Supplemental Security Income Benefits

*A true bill,*

/s/

_____
                                        *Foreman.*

*Filed in open court this* ___ *12th* _____ *day*

*of* __ *April* _____ , *A.D. 2007*

C. Schultz
                                        *Clerk.*

*Bail, $* _Summons to Issue - Bail to be determined at hearins._

Dale A. Drozd

GPO 863 525

2: 07 - CR - 0143 EJG

DEFENDANT:          **VALERIE JEAN FISHER**
                    **aka Valerie Jean Rogers**

**COUNT ONE:**
**VIOLATION:**       **18 U.S.C. § 641 - Theft of Government**
                    **Property**

**PENALTY:**         **Not more than 10 years in prison;**
                    **Not more than $250,000 fine, or both**
                    **3 year term of supervised release**

**COUNT TWO:**
**VIOLATION:**       **42 U.S.C. § 1383(a)(2) - False Statement**
                    **for Use in Determining Supplemental**
                    **Security Income Benefits**

**PENALTY:**         **Not more than 5 years in prison;**
                    **Not more than $250,000 fine, or both**
                    **3 year term of supervised release**

**ASSESSMENT:**      **$100 for each count**

2:07 - CR - 0143 EG