1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   VALERIE JEAN FISHER
7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,       ) No. CR-S-07-0143 EJG
                                   )
13              Plaintiff,         )
                                   ) DEFENDANT'S WAIVER OF APPEARANCE
14      v.                         )     AND ORDER THEREON
                                   ) Judge:    Honorable Edward J.
15 VALERIE JEAN FISHER,            )           Garcia
                                   )
16              Defendant.         )
   _____ )
17

18      Pursuant to Fed.R.Crim.P. 43, defendant, VALERIE JEAN FISHER,

19 hereby waives the right to be present in person in open court upon the

20 hearing of any motion or other proceeding in this case, including, but

21 not limited to, when the case is set for trial, when a continuance is

22 ordered, and when any other action is taken by the Court before or

23 after trial, except upon arraignment, initial appearance, trial

24 confirmation hearing, entry of plea, and every stage of trial including

25 verdict, impanelment of jury and imposition of sentence.

26      Defendant hereby requests the Court to proceed during every

27 absence of hers which the Court may permit pursuant to this waiver and

28 agrees that her interests will be deemed represented at all times by

the presence of her attorney, the same as if the defendant were personally present.  Defendant further agrees to be present in Court ready for trial any day and hour the Court may fix in her absence.

The defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§ 3161-3174 (The Speedy Trial Act) and authorizes her attorney to set times and delays under that Act without her personal presence.

Dated: July ___, 2007

                                                  /s/ Valerie Jean Fisher  
                                                 VALERIE JEAN FISHER  
                                                 (Original retained by attorney)

I concur in Ms. Moore's decision to waive her presence at future proceedings.

Dated:  July ___, 2007                Respectfully submitted,

                                          DANIEL J. BRODERICK  
                                          Federal Defender

                                           /s/ Mary M. French  
                                           MARY M. FRENCH  
                                           Supervising Assistant  
                                           Federal Defender  
                                           Attorney for Defendant  
                                           VALERIE JEAN FISHER

IT IS SO ORDERED.

Dated: July 31, 2007

                                           /s/ Edward J. Garcia  
                                           EDWARD J. GARCIA  
                                           United States District Judge