DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
VALERIE JEAN FISHER


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| UNITED STATES OF AMERICA, | ) | No. CR-S-07-0143 EJG |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING |
| v. | ) ) | STATUS CONFERENCE |
| VALERIE JEAN FISHER, | ) ) | Date: November 16, 2007 Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |
| _____ | ) | |

    It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant VALERIE JEAN FISHER, that the Status Conference hearing date of October 12, 2007, is vacated and a new Status Conference hearing date of November 16, 2007, at 10:00 a.m. is hereby set.

    This continuance is requested because counsel for defendant is in the process of having defendant evaluated by a psychiatrist and will need additional time to review the psychiatrist's report to determine how to proceed in this case.

    It is further stipulated that the period from October 12, 2007,

1  through and including November 16, 2007, should be excluded pursuant to
2  18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
3  counsel and defense preparation.

4  Dated:  October 11, 2007        Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                     /s/ Mary M. French
                                    MARY M. FRENCH
                                    Supervising Assistant
                                    Federal Defender
                                    Attorney for Defendant
                                    VALERIE JEAN FISHER


Dated:  October 11, 2007            MCGREGOR W. SCOTT
                                    United States Attorney


                                    /s/  Mary M. French for
                                         Kyle Reardon
                                    _____
                                    KYLE REARDON
                                    Assistant U.S. Attorney
                                    per telephonic authorization


IT IS SO ORDERED.


Dated:   October 11, 2007

                                    /s/ Edward J. Garcia
                                    Honorable Edward J. Garcia
                                    United States District Judge







Stipulation and Order/Fisher          2