1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARY M. FRENCH, Bar #126643
   Supervising Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorney for Defendant
   VALERIE JEAN FISHER
7



FILED

NOV 19 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-07-0143 EJG |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| VALERIE JEAN FISHER, ) | Date: December 14, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Judge: Hon. Edward J. Garcia |

It is hereby stipulated between the parties, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff and Mary M. French, Supervising Assistant Federal Defender, attorney for defendant VALERIE JEAN FISHER, that the Status Conference hearing date of November 16, 2007, is vacated and a new Status Conference hearing date of December 14, 2007, at 10:00 a.m. is hereby set.

This continuance is requested because the defense has determined that Ms. Fisher is competent to stand trial. The defense notified the government of Ms. Fisher's competency and the parties are now planning to discuss a proposed resolution of the matter. The parties need time to reach an agreement and reduce it to writing.

1    It is further stipulated that the period from November 16, 2007,
2 through and including December 14, 2007, should be excluded pursuant to
3 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of
4 counsel and defense preparation.

5 Dated: November 15, 2007         Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Defender


                                   /s/ Mary M. French
                                   MARY M. FRENCH
                                   Supervising Assistant
                                   Federal Defender
                                   Attorney for Defendant
                                   VALERIE JEAN FISHER


Dated: November 15, 2007          MCGREGOR W. SCOTT
                                   United States Attorney


                                   /s/   Mary M. French for
                                         Kyle Reardon

                                   KYLE REARDON
                                   Assistant U.S. Attorney
                                   per telephonic authorization


IT IS SO ORDERED.


Dated:  Nov 15, 2007

                                   [signature]
                                   EDWARD J. GARCIA
                                   United States District Judge