**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*
*Federal Defender*

*Linda C. Harter*
*Chief Assistant Defender*

# M E M O R A N D U M

DATE: February 13, 2008

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
United States District Court Judge

FROM: Shelley Mason, Legal Secretary on behalf of
Mary M. French, Supervising Assistant Federal Defender

SUBJECT: <u>United States v. Valerie Fisher</u>
CR-S-07-143 EJG

---

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Kyle Reardon, United States Probation Officer Linda Alger and counsel for defendant Mary M. French agree that the judgment and sentencing in the above matter currently scheduled for March 21, 2008, may be continued to **Friday, April 4, 2008, at 10:00 am.**

The parties further agree to amend the schedule for disclosure as follows:

| | |
|---|---|
| The Proposed Pre-sentence Report due no later than | February 29, 2008 |
| Counsel's Written Objections due no later than | March 14, 2008 |
| Pre-sentence Report Shall be filed with the Court and disclosed to counsel no later than | March 21, 2008 |
| Motion for Correction due no later than | March 28, 2008 |

**Continuance of Judgment and Sentencing Approved:**

February 14, 2008

/s/ Edward J. Garcia
Edward J. Garcia
United States District Judge

/slm
cc: Linda Alger, United States Probation Officer
Valerie Fisher