**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE: March 19, 2008

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
United States District Court Judge

FROM: B. Cricket Fox, Secretary on behalf of
Mary M. French, Supervising Assistant Federal Defender

SUBJECT: United States v. Valerie Fisher
CR-S-07-143 EJG

---

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Kyle Reardon, United States Probation Officer Linda Alger and defense counsel Mary M. French agree that judgment and sentencing in the above matter, currently scheduled for April 4, 2008, may be continued to **Friday, May 2, 2008 at 10:00 am.**

The parties further agree to amend the schedule for disclosure as follows:

Pre-sentence Report Shall be filed with the Court
and disclosed to counsel no later than .............................. April 18, 2008

Motion for Correction due no later than .............................. April 25, 2008

**Continuance of Judgment and Sentencing Approved:** ✓

Dated: March 17, 2008

EDWARD J. GARCIA
United States District Judge

**FILED**
MAR 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

/cf
cc: Linda Alger, United States Probation Officer
Valerie Fisher