**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:  April 18, 2008

TO:  Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
United States District Court Judge

FROM:  Shelley L. Mason, Secretary on behalf of
Mary M. French, Supervising Assistant Federal Defender

SUBJECT:  <u>United States v. Valerie Fisher</u>
CR-S-07-143 EJG

---

Subject to approval of the Honorable Edward J. Garcia, Assistant United States Attorney Kyle Reardon, United States Probation Officer Linda Alger and defense counsel Mary M. French agree that judgment and sentencing in the above matter, currently scheduled for May 2, 2008, may be continued to **Friday, May 16, 2008 at 10:00 am.**

The parties further agree to amend the schedule for disclosure as follows:

Pre-sentence Report Shall be filed with the Court
and disclosed to counsel no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 2, 2008

Motion for Correction due no later than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . May 9, 2008

**Continuance of Judgment and Sentencing Approved:**

Dated:  April 21, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

/cf
cc:  Linda Alger, United States Probation Officer
Valerie Fisher