```
DANIEL BRODERICK, #89424
Federal Defender
DOUGLAS BEEVERS USVI #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
VALERIE JEAN FISHER
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:07-CR-00143 EJG |
| ) | |
| Plaintiff, ) | **AMENDED** STIPULATION AND ORDER TO |
| ) | MODIFY RESTITUTION PAYMENT TO |
| v. ) | SOCIAL SECURITY ADMINISTRATION |
| ) | |
| VALERIE JEAN FISHER. ) | Judge: Hon. EDWARD J. GARCIA |
| ) | |
| Defendant. ) | |
| _____ ) | |

It has come to the attention of the parties, through United States Probation, that the Social Security Administration is seizing restitution payments from Ms. Fisher by seizing 100% of each Social Security distribution, which would otherwise be due to her, until it has recovered the overpayment in full. This action of the Social Security Administration has left Ms. Fisher with no income, and no means to pay rent or otherwise support herself.

Ms. Fisher's Probation Officer, Cynthia Mazzei, has no objection to the proposed modification, and believes that Ms. Fisher can support herself with a 25% reduction from each distribution to be applied to restitution. With this modification Ms. Fisher will receive 75% of the

Stipulation and Order                              1

Social Security distribution and the remaining 25% of the distribution applied towards restitution. The Social Security Administration has advised that it will honor a modification of restitution payments if approved by a United States District Court Judge.

The parties therefore stipulate and request that the Court modify the judgment and order the defendant to pay restitution at a rate 25% of any monthly Supplemental Security Income distribution she receives to the Social Security Administration until the Social Security Administration has recovered the overpayment in full.  All other terms and conditions are to remain the same.

Dated: August 26, 2010				Respectfully submitted,

						DANIEL J. BRODERICK
						Federal Defender

						/s/  Douglas Beevers
						_____
						Douglas Beevers
						Assistant Federal Defender


Dated: August 26, 2010				BENJAMIN B. WAGNER
						United States Attorney

						/s/ Kyle Reardon
						_____
						Kyle Reardon
						Assistant United States Attorney


**O R D E R**

The Court orders that the defendant pay restitution at a rate 25% of any monthly Supplemental Security Income benefits she receives to the Social Security Administration until the Social Security Administration has recovered the overpayment in full.  All other terms and conditions are to remain the same.

Stipulation and Order			2

**IT IS SO ORDERED.**

Dated: August 26, 2010        _/s/_____
                              EDWARD J. GARCIA
                              United States District Court Judge

Stipulation and Order                    3